# MEMO ENDORSED

Case Docket Number 24-CV-6266                                        7/21/2025
Case Name SummerAnnie N. Johnson V. StarBucks Corporate Office

To: United States District Court Southern District Of New York

I respectfully request that the Court stay this action pending arbitration. The Supreme Court recently made clear that "[w]hen a district court finds that a lawsuit involves an arbitrable dispute, and a party requests a stay pending arbitration, § 3 of the FAA compels *421 the court to stay the proceeding." Smith v. Spizzirri, 601 U.S. 472, 478, 144 S. Ct. 1173, 218 L.Ed.2d 494 (2024); accord Katz v. Cellco P'ship, 794 F.3d 341, 345 (2d Cir. 2015) ("We ... consider a stay of proceedings necessary after all claims have been referred to arbitration and a stay requested. The FAA's text, structure, and underlying policy command this result."). Accordingly, the Court should stay this action pending arbitration. See Palmer v. Starbucks Corp., 735 F. Supp. 3d 407, 420–21 (S.D.N.Y. 2024).

Cordially,
SummerAnnie Johnson
(845)390-8856



Per Defendant's last letter to the Court, Plaintiff has not voluntarily agreed to proceed to arbitration, and neither of the Parties have filed any papers in connection with Defendant's motion to compel arbitration. (See Dkt. No. 15 at 2.) The Parties are therefore directed to provide the Court with an update by no later than one week from the date of this order as to the status, if any, of arbitration proceedings.

SO ORDERED.

8/4/2025



WESTCHESTER NY 105
29 JUL 2025 PM 4 L

Pro se intake unit (Room 200)
500 Pearl Street
New York, NY, 10007



SummerAnne Johnson
P.O. Box 385
New Hampton, NY, 10958

RECEIVED
AUG 01 2025
PRO SE OFFICE