**▌Davis Wright**
**▐ Tremaine** LLP

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**Roy P. Salins**
212-603-6435 tel
roysalins@dwt.com

August 8, 2025

**VIA ECF**
Honorable Kenneth M. Karas
United States District Judge
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601

       Re:    *Johnson v. Starbucks Corporation, 7:24-cv-06266-KMK*

Dear Judge Karas:

      This firm represents defendant Starbucks Corporation. We write to provide an update as to the status of arbitration and in response to plaintiff Summer-Annie Johnson's letter, dated August 8, 2025, requesting an extension of the time to proceed to arbitration. (Dkts. 22 and 23.)

      By way of background, on July 21, 2025, Starbucks filed a Letter-Motion seeking a pre-motion conference in anticipation of filing a motion to compel Johnson to proceed to arbitration. (Dkt. 15.) On July 21, 2025, the Court directed Johnson to respond by July 31, 2025. (Dkt. 18.) On July 31, 2025, Johnson filed a letter in which she requested that the Court stay this case pending arbitration. (Dkt. 20.) In accordance with the Court's Order, dated August 4, 2025, on August 5, 2025, we e-mailed Johnson a draft of a joint status letter, which sought to advise the Court that the parties have agreed to a stay pending arbitration, and that Johnson would initiate arbitration by September 5, 2025. (Copies of the cover e-mail and draft joint status letter are enclosed as Exhibit A.) We noted in our cover e-mail that the proposed September 5 deadline was flexible, and that if she needed more or less time, we could revise that date. In her letter, dated August 8, 2025, Johnson states that she "will accept moving forward in arbitration" but that she needs more time to consult with a potential attorney. (Dkt. 23.)

      The parties have agreed to stay this case pending arbitration. Starbucks does not object to Johnson having more time to initiate arbitration. In addition, Starbucks has agreed to pay for Johnson's applicable filing fee to commence arbitration, and Starbucks will pay the Arbitrator's fees and administrative fees pursuant to the Mutual Arbitration Agreement. (*See* Dkt. 15-1.)

      Starbucks respectfully requests that the Court stay this action pending arbitration. We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Roy P. Salins

Roy P. Salins

Case 7:24-cv-06266-KMK   Document 24   Filed 08/08/25   Page 2 of 2

cc:     Summer-Annie Johnson (by e-mail)

Enclosure

Granted.  The case is stayed until further order.
The Parties are to provide a status report by
10/17/25.  The Clerk is respectfully directed to
mail this document to Plaintiff.

So Ordered.

8/11/25