Case Docket Number 24-CV-6266                          Date: 1/13/2026
Case Name SummerAnnie N. Johnson V. Starbucks Corporate Office


To:  United States District Court Southern District Of New York

I respectfully ask that the court stay the case pending arbitration. I have made
numerous attempts to speak with " Julie Goldberg" who was supposed to be
assisting me with filing the Demand for arbitration in which to no avail she has not
made any attempts to contact me in regards to going over the case and assisting me
with other documents needed to file for arbitration. At this time, I ask that the court
extend the time to find a replacement volunteer from the Federal Pro Se Legal
Assistance Project. Goldberg (the current volunteer) has not assisted me and is
unable and unwilling to assist me on my behalf. I respectfully ask that you please
refrain from dismissal of this case until a replacement volunteer can properly assist
me with the necessary information needed to file for arbitration. I am not
experienced with handling legal proceedings so forgive me for the delay.


Thank You,
SummerAnnie Johnson

Defendant is to respond to this letter by
1/27/26. The Clerk is respectfully directed to
mail this document to Plaintiff.

So Ordered.

1/20/26